Neil Levine (Colo. Bar No. 29083)
Grand Canyon Trust
4438 Tennyson Street
Denver, Colorado 80212
Tel: 303-455-0604
nlevine@grandcanyontrust.org

Marc Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota  55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Roger Flynn (Colo Bar No. 21078)
Western Mining Action Project
440 Main St., #2
Lyons, CO 80540
Tel: 303-823-5738
wmap@igc.org

Richard Hughes (NM Bar No. 1230)
Rothstein, Donatelli, Hughes, Dahlstrom,
  Schoenburg & Bienvenu LLP
1215 Paseo De Peralta
Santa Fe, New Mexico 87504
Tel: 505-988-8004

*Attorneys for Plaintiffs*

Beverly F. Li
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorney for Federal Defendants*

GALLAGHER & KENNEDY, P.A.
Michael K. Kennedy (Bar No. 004224)
Bradley J. Glass (Bar No. 022463)
David J. DePippo (Bar No. 028428)
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000
mkk@gknet.com
brad.glass@gknet.com
david.depippo@gknet.com

*Attorneys for Defendant-Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GRAND CANYON TRUST;<br>CENTER FOR BIOLOGICAL DIVERSITY;<br>SIERRA CLUB; and<br>HAVASUPAI TRIBE,<br><br>    Plaintiffs<br><br>  vs.<br><br>MICHAEL WILLIAMS, Forest Supervisor,<br>Kaibab National Forest; and<br>UNITED STATES FOREST SERVICE, an<br>agency in the U.S. Department of Agriculture,<br><br>    Defendants,<br>and<br><br>ENERGY FUELS RESOURCES (USA) Inc.;<br>and EFR ARIZONA STRIP LLC,<br>    Defendant-Intervenors. | Case No. 13-8045-DGC<br><br>JOINT MOTION TO ENTER<br>STIPULATED AGREEMENT |

The parties -- Plaintiffs Havasupai Tribe, Grand Canyon Trust, Center for Biological Diversity, and Sierra Club ("Plaintiffs"); Federal-Defendants Michael Williams and the U.S. Forest Service; and Defendant-Intervenors Energy Fuels Resources (USA) Inc. and EFR Arizona Strip LLC (together, "EFR") -- jointly move this Court for an order that approves and adopts, as an order of this Court, the terms of the Stipulated Agreement between Plaintiffs and EFR through which EFR has agreed to put shaft sinking operations at the Canyon Uranium Mine ("Mine") on standby status until this Court issues a final appealable order or judgment on the merits or until December 31, 2014, whichever is sooner.  A copy of the executed Stipulated Agreement is attached as Exhibit A.

During the proceedings on Plaintiffs' appeal of this Court's denial of their Motion for Preliminary Injunction (Doc. 86), the parties agreed to resolve the appeal in the manner set forth in the Stipulated Agreement.  In exchange for EFR's agreement to put shaft sinking operations at the Mine on standby, Plaintiffs have agreed to stay all proceedings in the Ninth Circuit Court of Appeals related to their Preliminary Injunction Appeal, including their Emergency Motion for Injunction Pending Appeal.  The parties

have agreed to request that this Court enter the terms of Plaintiffs and EFR's Stipulated Agreement as an order of this Court to ensure compliance.  Should this Court grant this Motion and enter the Stipulated Agreement as an order of the Court, the parties jointly will seek a stay of the appellate proceedings consistent with the Stipulated Agreement. Finally, the parties intend for the litigation before this Court to continue in the normal course, unaffected by this motion.

A proposed Order accompanies this Joint Motion to Enter Stipulated Agreement.

Respectfully submitted,

| | |
|---|---|
| November 5, 2013 | */s/ Richard W. Hughes*<br>Richard W. Hughes |
| | *Attorneys for Plaintiff Havasupai Tribe* |
| November 5, 2013 | */s/ Neil Levine*<br>Neil Levine<br>Marc Fink<br>Roger Flynn |
| | *Attorneys for Plaintiffs Grand Canyon Trust, Center for Biological Diversity and Sierra Club* |
| November 5, 2013 | GALLAGHER & KENNEDY, P.A.<br><br>By: */s/David J. DePippo*<br>Michael K. Kennedy<br>Bradley J. Glass<br>David J. DePippo |
| | *Counsel for Defendant-Intervenor* |
| November 5, 2013 | ROBERT G. DREHER<br>Acting Assistant Attorney General<br><br>*/s/ Beverly F. Li*<br>BEVERLY F. LI<br><br>*Attorney for Federal Defendants* |