**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Trust, et al., | No. CV-13-08045-PCT-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Michael Williams, et al., | |
| Defendants. | |

On March 6, 2014, the Court ordered Plaintiffs to identify ten documents they believe were improperly withheld by Defendants as privileged, and ordered Defendants to submit those documents to the Court for *in camera* review. Doc. 108 at 4. Plaintiffs identified Documents 2, 9, 14, 18, 21, 22, 29, 32, 36, and 27 on Defendants' privilege log.

The Court reviewed the documents *in camera*. Defendants claimed that eight of the ten documents are protected by the attorney-client privilege. Docs. 9, 14, 18, 21, 22, 29, 32, 36. Upon review, these documents appear to be communications between Defendants' counsel and government clients that were properly withheld.

Defendants claimed that Document 2 was protected by the deliberative process privilege. Upon review, the Court finds that this document satisfies the Ninth Circuit's standard as a "document[] that reflect[s] advisory opinions, recommendations and deliberations comprising part of a process by which government decisions and policies are formulated." *F.T.C. v. Warner Commc'ns Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984). Because the document is both pre-decisional and deliberative, it was properly withheld.

1    Document 37 was originally withheld as protected by the deliberative process
2 privilege and as confidential business information. Doc. 106-4 at 8. Because Defendants
3 have determined that the document is substantially similar to the final Valid Existing
4 Rights Determination already included in the record, they have agreed to release the
5 document in a redacted format, with the understanding that Plaintiffs' counsel will not
6 challenge redactions that protect confidential business information. Doc. 110 at 7.

7    **IT IS ORDERED** that no additional documents need be released or submitted for
8 *in camera* review.

9    Dated this 7th day of April, 2014.

_____
David G. Campbell
United States District Judge

- 2 -